UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PAMELA RICKS,

    Plaintiff,

v.    Case No. 3:16-cv-1291-J-32MCR

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON, A Foreign
Corporation,

    Defendant.

## O R D E R

The Court has been advised that this case has been settled (Doc. 13). Accordingly, it is now

**ORDERED:**

1. The parties shall have until **July 5, 2017** to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for extension of time by the **July 5, 2017** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3. All pending motions and deadlines are terminated.

**DONE AND ORDERED** in Jacksonville, Florida the 8th day of May, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

ab
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record